UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00717-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | December 20, 2012 |
| vs. | ) | |
| | ) | |
| RENE BAKER, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Motion for Additional Copywork Exceeding Limit. (Doc. # 41.)

　　An inmate plaintiff does not have a right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991); *Sands v. Lewis*, 886 F.2d 1166, 1169 (9th Cir. 1989) ("numerous courts have rejected any constitutional right to free and unlimited photocopying"). Nevada Department of Corrections (NDOC) Administrative Regulation (AR) 722 governs copying of legal documents by inmates, and provides, "[c]opies of legal documents requested by inmates may be made for a nominal fee." AR 722.01(9), *available at* http://www.doc.nv.gov/?q=node/68. "Inmates can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." *Id*.

　　A court may order a prison to provide additional photocopying when the prisoner demonstrates that an increase is necessary for an inmate to provide copies to the court and other parties. *See, e.g., Allen v. Clark County Detention Center*, 2011 WL 886343, at * 2 (D. Nev. March 11, 2011).

MINUTES OF THE COURT
3:11-cv-00717-LRH (WGC)
Date:  December 21, 2012
Page 2

     Plaintiff requests a copywork limit extension of $15 to $20 to copy exhibits for discovery and in opposing a motion for summary judgment.  (Doc. # 41.)

     There is not currently a motion for summary judgment pending; however, a scheduling order has been issued in this matter and the case should be proceeding with discovery. Accordingly, the court will **GRANT** Plaintiff's request for an extension of the copywork limit in the amount of **$15.00 TO BE USED IN THIS CASE ONLY**.

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
     Deputy Clerk