# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00717-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTE ORDER** |
| | ) | January 3, 2013 |
| vs. | ) | |
| | ) | |
| RENE BAKER, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

 Before the court is Plaintiff's Motion for Photographic Evidence. (Doc. # 43.) Defendants oppose Plaintiff's motion. (Doc. # 47.)

 Plaintiff requests an order that Defendants produce enlarged photographs of cell 6, in various views, to be used by Plaintiff as an exhibit. (Doc. # 43.) Defendants oppose this request, arguing that there is no law that supports the proposition that Defendants provide, at their own expense, photographic enlargements to a Plaintiff. (Doc. # 47.)

 The court agrees with Defendants that Plaintiff's request is unsupported by any authority. Plaintiff may request any photographic evidence, including photos of the cell in question, that Defendants may have in their possession pursuant to the rules of discovery, subject to any applicable objections. However, if Defendants were in possession of such photographs, they would merely be required to produce them as they are kept in the ordinary course of business, and would not be required to produce enlargements to Plaintiff at their expense. If such photographs were produced, the expense of having enlargements made would be borne by Plaintiff.

**MINUTES OF THE COURT**
3:11-cv-00717-LRH-WGC
Date:  January 3, 2013
Page 2

    Accordingly, Plaintiff's motion (Doc. # 43) is **DENIED**.

    **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                                      By:   /s/
                                              Deputy Clerk