UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL, ) | 3:11-cv-00717-LRH (WGC) |
| ) | |
| Plaintiff, ) | **MINUTE ORDER** |
| ) | January 3, 2013 |
| vs. ) | |
| ) | |
| RENE BAKER, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Plaintiff's Motion to Subpoena Phone Records of defendant Claude Willis with Plaintiff's ex-cellmate's mother, Betty Petties. (Doc. # 51.) Defendants do not oppose Plaintiff's request. (Doc. # 55.)

   Good cause appearing, Plaintiff's motion (Doc. # 51) is **GRANTED**. The Clerk shall issue one blank subpoena and issue it to Plaintiff. The Clerk shall also send to Plaintiff a copy of the docket sheet in this case. Plaintiff is advised to consult the Federal Rules of Civil Procedure and Local Rules of the District of Nevada concerning subpoenas. Plaintiff is reminded that the order granting him leave to proceed in forma pauperis does not extend to the issuance of subpoenas at government expense. In other words, all costs and attendant witness fees associated with the service of the subpoena are to be borne by Plaintiff.

   **IT IS SO ORDERED.**

                                                       LANCE S. WILSON, CLERK

                                                       By:  /s/
                                                              Deputy Clerk