UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00717-LRH (WGC) |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| RENE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge William G. Cobb (#53) entered on December 21, 2012, in which the Magistrate Judge recommends that Plaintiff's Motion to Return My Legal Work/Property and Stop Retaliations (#17), filed June 11, 2012, and Plaintiff's Motion to Stop Retaliations (#21), filed July 27, 2012, be denied.

Plaintiff filed his Objections to Magistrate Report and Recommendation (#57) on January 2, 2013; Defendants filed their Response to Plaintiff's Objection to the Report & Recommendation of the Magistrate (#63) on January 14, 2013; and Plaintiff filed his Reserved Reply Opposing Defendant's Response to Plaintiff's Objections to Magistrate Report and Recommendation (#66) on January 28, 2013.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

     ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#53) filed on December 21, 2012; and, therefore, Plaintiff's Motion to Return My Legal Work/Property and Stop Retaliations (#17) and Plaintiff's Motion to Stop Retaliations (#21) are DENIED.

     IT IS SO ORDERED.

     DATED this 23rd day of February, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE