UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE L. HILL,            ) | 3:11-cv-00717-LRH-WGC |
|             ) | |
| Plaintiff,     ) | **MINUTES OF THE COURT** |
|             ) | |
| vs.            ) | January 6, 2014 |
|             ) | |
| RENE BAKER, *et al.*,      ) | |
|             ) | |
| Defendants.  ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion to compel. (Doc. # 141.) Plaintiff seeks this court to order defendants to respond to a request for production of documents which Plaintiff apparently served November 4, 2012.

The amended scheduling order imposed a deadline for completion of discovery of March 18, 2013. The revised deadline for filing a discovery motion was set for April 2, 2012. (Doc. # 62.) Plaintiff's motion was filed some eight months after the deadline. No explanation was provided by plaintiff for this extraordinary delay in seeking judicial intervention regarding discovery. The untimeliness of Plaintiff's motion is exacerbated by the fact dispositive motions (Doc. ## 74, 86) are now under submission, briefing on which was completed on or about September 17, 2013 (Doc. ## 111, 114).

Plaintiff has also demonstrated no attempt to confer with Defendants' counsel to resolve a

discovery dispute before filing a motion to compel as is required by Local Rule 26-7(b). According to the Defendants' opposition, Defendants' first notice of this discovery dispute occurred with the filing of this motion. (Doc. # 142 at 3.)

Plaintiff's motion to compel (Doc. # 141) is **DENIED.**

**IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:  /s/

                                                Deputy Clerk