## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00717-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 28, 2014 |
| | ) | |
| RENE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Exceed Photocopying Limit. (Doc. # 150.) Plaintiff requests a nominal increase of his copy work allowance in the amount of $3.00 to $5.00 dollars for unforeseen copies that may arise from this case. (*Id*.)

Good cause appearing, the court **GRANTS** Plaintiff's motion for a copy work increase (Doc. # 150) in the amount of **$5.00 TO BE USED IN THIS CASE ONLY**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
           Deputy Clerk