1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                    * * * * *

9    RICKIE L. HILL,                    )
                                        )   3:11-cv-00717-LRH-WGC
10                   Plaintiff,         )
                                        )   ORDER
11   vs.                                )
                                        )
12   RENE BAKER, et al.,                )
                                        )
13                   Defendants.        )
                                        )
14   _____  )

15        Before the court is Plaintiff's Motion Objecting to Magistrate Cobb Allowing D.A.G.

16   Werth to Redo His Summary Judgment (#99[1]), which the court will treat as a motion to

17   reconsider the Magistrate's rulings at a motion hearing on August 12, 2013 (*see* #100).

18        The Court has conducted its review in this case, has fully considered the Plaintiff's

19   motion, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes

20   that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

21        The Magistrate Judge's ruling will, therefore, be sustained and Plaintiff's motion (#99) is

22   DENIED.

23        IT IS SO ORDERED.

24        DATED this 6th day of March, 2014.

25

26                                        _____
                                          LARRY R. HICKS
27                                        UNITED STATES DISTRICT JUDGE

28
     _____
     [1]Refers to this court's docket number.