UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICKIE L. HILL, | ) |
| Plaintiff, | ) 3:11-cv-00717-LRH-WGC ) |
| vs. | ) ORDER ) |
| RENE BAKER, et al., | ) ) |
| Defendants. | ) ) |

Before the court is Plaintiff's Motion Objecting to Magistrate Cobb Allowing D.A.G. Werth to Redo His Summary Judgment (#99[1]), which the court will treat as a motion to reconsider the Magistrate's rulings at a motion hearing on August 12, 2013 (*see* #100).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's ruling will, therefore, be sustained and Plaintiff's motion (#99) is DENIED.

IT IS SO ORDERED.

DATED this 6th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.