UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICKIE L. HILL, | ) |
| | ) |
| Plaintiff, | )   3:11-cv-00717-LRH-WGC |
| | ) |
| v. | ) |
| | )   O R D E R |
| RENE BAKER, et al., | ) |
| | ) |
| Defendants. | ) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#147[1]) entered on January 13, 2014, recommending denying Defendants' Motion for Summary Judgment (#74) filed on May 17, 2013, and denying Plaintiff's Cross-Motion for Summary Judgment (#86) filed on June 14, 2013. Plaintiff filed his Objections to Report and Recommendation of U.S. Magistrate Judge (#148) on January 30, 2014, and Defendants filed their Response to Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge (#149) on February 13, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court

---

[1] Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#147) entered on January 13, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#147) entered on January, 13, 2014, is adopted and accepted, and Defendants' Motion for Summary Judgment (#74) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#86) is DENIED.

IT IS FURTHER ORDERED that the parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within forty-five (45) days of the entry of this order.

IT IS SO ORDERED.

DATED this 7th day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE