UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | 3:11-cv-00717-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| vs. | ) | April 29, 2014 |
| RENE BAKER, *et al.,* | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   Katie Lynn Ogden     REPORTER:           FTR

COUNSEL FOR PLAINTIFF:   Rickie L. Hill, In Pro Per (Telephonically)

COUNSEL FOR DEFENDANTS:   Micheline Fairbank, Esq. (Telephonically)

**MINUTES OF PROCEEDINGS: Motion Hearing**

10:03 a.m. Court convenes.

The court holds today's hearing to address Plaintiff's "Motion of Inquiry, Or to Compel/Objection" (Doc. # 156) and Defendants' "Motion for Enlargement of Time to File Joint Pretrial Order" (Doc. # 157).

The two motions seek similar relief relating to the deadline for the Joint Pretrial Order. Good cause appearing, the court grants the two motions and extends the deadline for the parties to file the Joint Pretrial Order.

Therefore, Plaintiff's "Motion for Inquiry, Or to Compel/Objection"(Doc. # 156) and Defendants' "Motion for Enlargement of Time to File Joint Pretrial Order" (Doc. # 157) are **GRANTED**.   The Joint Pretrial Order is due no later than **Friday, May 30, 2014.**

The court and parties briefly turn to address the topic of this court's order granting Mr. Hill a $5.00 copy work allowance (Doc. # 151).  At this time, it is unclear the status of Plaintiff's inmate bank account and whether the court-ordered copy work extension has been afforded to him.  The court directs the Deputy Attorney General Micheline Fairbank to inquire with the Nevada Department of Corrections ("NDOC") inmate banking services regarding the status of Plaintiff's balance towards copy work (in this matter only).  Thereafter, Ms. Fairbank shall file a report advising the court of Plaintiff's copy work balance and whether any copy work requests submitted by Plaintiff

MINUTES OF PROCEEDINGS
3:11-cv-00717-LRH-WGC
Date: April 29, 2014
Page 2

have been denied by the institution.  After the report is filed and if the court finds it necessary to intervene, a status conference will be scheduled.  Ms. Fairbank shall file the report no later than **Friday, May 9, 2014**.

 **IT IS SO ORDERED.**

10:19 a.m. Court adjourns.

                                                                LANCE S. WILSON, CLERK

                                                                By: _____/s/_____
                                                                        Katie Lynn Ogden, Deputy Clerk