UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICKIE L. HILL, | ) | CASE NO. 3:11-CV-717-LRH-WGC |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RENE BAKER, et al., | ) | |
| Defendants. | ) | |

This case is currently scheduled for trial on the stacked calendar of March 3, 2015.

IT IS ORDERED that this case is referred to the Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this 12th day of August, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE