AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RICKIE L. HILL,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
  V.

                   CASE NUMBER:  **3:11-CV-0717-LRH-WGC**

RENE BAKER, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendant Willis' motion for summary judgment (#184) is **GRANTED**. Judgment is hereby entered in favor of defendant Claude Willis and against plaintiff Rickie L. Hill.

  February 24, 2015    **LANCE S. WILSON**
                                        Clerk

                                        /s/ D. R. Morgan
                                        Deputy Clerk